IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ALPHA CHI OMEGA *et al.* ) | |
| ) | |
| Plaintiffs ) | |
| ) | |
| vs. ) | 1:05-cv-0494-SEB-VSS |
| ) | |
| AD IMAGE INC. and CDI CORPORATION, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**CONSENT DECREE**

By agreement of the Plaintiffs and Defendant CDI Corporation, but those parties only, and as settlement in full of any and all claims which were or could have been asserted in this action, between them, and the Court otherwise being sufficiently advised, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** as follows:

1. Absent prior written permission from any of the Plaintiff Greek Organizations to do so, Defendant CDI., along with its directors, principals, officers, agents, servants, employees, representatives, successors and assigns, and all those persons or entities acting in concert or participation with them, shall be and hereby are permanently **ENJOINED** and restrained from using or marketing, in any product line, any items containing a reproduction, copy or colorable imitation of any of the names, marks or other indicia of any of the Plaintiffs, hereinafter sometimes collectively referred to as "Plaintiff Greek Organizations," including, but not limited to the following:

    a. The Greek letter combinations "ΑΧΩ," "ΑΔΠ," "ΑΟΠ ," "ΑΦ," "ΑΤΩ," "ΑΞΔ." "ΒΘΠ," "ΧΩ," "ΔΧ," "ΔΔΔ," "ΔΓ," "ΔΦΕ," "ΔΤΔ," "ΓΦΒ," "ΚΑ," "ΚΔ," "ΛΧΑ," "ΦΔΘ," "ΦΚΤ," "ΦΚΘ," "ΣΑΕ," "ΣΧ," "ΣΚ," "ΣΦΕ," "ΤΚΕ" and "ΖΒΤ";

  b. The words "ALPHA CHI OMEGA"; the words "ALPHA DELTA PI" or the "ADPi" nickname; the words "ALPHA OMICRON PI" or the "AOPi" nickname; the words "ALPHA PHI"; the words "ALPHA TAU OMEGA" or the "ALPHA TAU" or "ATO" nicknames; the words "ALPHA XI DELTA" or the "AZD nickname; the words "BETA THETA PI" or the "Beta" or "Betas" nicknames; the words "CHI OMEGA" or the "Chi O" nickname; the words "DELTA CHI"; the words "DELTA DELTA DELTA" or the "Tri-Delt" or "Tri-Delta" nicknames; the words "DELTA GAMMA" or the "DG" nickname; the words "DELTA PHI EPSILON" or the "DPhiE" nickname; the words "DELA TAU DELTA" or the "Delts" or "Delta Tau" nicknames; the words "GAMMA PHI BETA"; the words "KAPPA ALPHA ORDER" or the  "Kappa Alpha" or "KA" nicknames; the words "KAPPA DELTA" or the "KD" nickname; the words "LAMBDA CHI ALPHA" or the "Lambda Chi" nickname; the words "PHI DELTA THETA" or the "Phi Delt" or "Phi Delts" nicknames; the words "PHI KAPPA TAU" or the "Phi Tau" nickname; the words "PHI KAPPA THETA" or the "Phi Kaps" nickname; the words "SIGMA ALPHA EPSILON" or the "SAE" nickname; the words "SIGMA CHI" or the "Sig" or "Sigs" nicknames; the words "SIGMA KAPPA"; the words "SIGMA PHI EPSILON" or the "Sig Ep" nickname; the words "TAU KAPPA EPSILON" or the "Teke" nickname; and the words "ZETA BETA TAU."

  c. Any crest, coat of arms, seals, flags, badges or slogans of any of the Plaintiff Greek Organizations.

  d. Any other use in or on Defendant's goods, advertising, marketing brochures, promotional materials, other publications and documents of any other marks or indicia confusingly similar to any of the foregoing marks.

2. Absent prior written permission from any of the Plaintiff Greek Organization to do so, Defendant CDI., along with its directors, principals, officers, agents, servants, employees, representatives, successors and assigns, and all those persons or entities acting in concert or participation with them, shall be and hereby are also permanently **ENJOINED** and restrained from any false or materially misleading representations which can or is likely to lead the trade or public erroneously to believe that any of Defendant's goods or services have been produced, distributed, offered for distribution, advertised, promoted, displayed, licensed, sponsored, approved, or authorized by or for any of the Plaintiff Greek Organizations.

3. As between them, each of the parties to this Consent Decree shall be responsible for their own costs and attorneys incurred herein prior to the entry of this judgment and decree.

4. Other than to the extent the Court retains continuing jurisdiction to enforce this decree, as to Defendant CDI and that Defendant only, this action is otherwise dismissed from the Court's active docket but shall remain upon the Court's active docket as to any other Defendants against which this action has not previously dismissed.

Dated: 02/06/2006

*Sarah Evans Barker*
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

3

Agreed to:

/s/ Jack A. Wheat                                        /s/ Vicki J. Wright by Jack A. Wheat
Jack A. Wheat                                            w/permission                              
David W. Nagle, Jr.                                      Vicki J. Wright
Jennifer L. Kovalcik                                     **KRIEG DeVAULT LLP**
**STITES & HARBISON PLLC**                               One Indiana Square, Suite 2800
400 W. Market Street, Suite 1800                         Indianapolis, Indiana 46204-2079
Louisville, Kentucky 40202                               Phone (317) 636-4341
Phone (502) 587-3400
Fax (502) 587-6391                                       Attorneys for Defendant CDI Corporation,

Douglas B. Bates
**STITES & HARBISON PLLC**
323 E. Court Avenue
P.O. Box 946
Jeffersonville, IN  47131-0946
Phone  (812) 282-7566
Fax  (812) 284-5519

Attorneys for Plaintiffs

SI087:00SI2:479508:3:LOUISVILLE