IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| ALPHA CHI OMEGA *et al.* | ) | |
| | ) | |
| Plaintiffs | ) | |
| | ) | |
| vs. | ) | 1:05-cv-0494-SEB-VSS |
| | ) | |
| AD IMAGE INC. et al. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**CONSENT DECREE**

By agreement of the Plaintiffs and Defendant Ad Image Inc. ("Defendant" or "Ad Image"), but those parties only, and as settlement in full of any and all claims which were or could have been asserted in this action, between them, and the Court otherwise being sufficiently advised, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** as follows:

1.      Absent prior written permission from any of the Plaintiff Greek Organizations to do so, Defendant Ad Image, along with its directors, principals, officers, agents, servants, employees, representatives, successors and assigns, and all those persons or entities acting in concert or participation with them, shall be and hereby are permanently **ENJOINED** and restrained from using or marketing, in any product line, any items containing a reproduction, copy or colorable imitation of any of the following names, marks or other indicia:

a.   The Greek letter combinations "ΑΧΩ," "ΑΔΠ," "ΑΟΠ ," "ΑΦ," "ΑΤΩ," "ΑΞΔ." "ΒΘΠ," "ΧΩ," "ΔΧ," "ΔΔΔ," "ΔΓ," "ΔΤΔ," "ΓΦΒ," "ΚΑ," "ΚΔ," "ΛΧΑ," "ΦΔΘ," "ΦΚΤ," "ΦΚΘ," "ΣΑΕ," "ΣΧ," "ΣΚ," "ΣΦΕ," and "ΖΒΤ";

b.   The words "ALPHA CHI OMEGA"; the words "ALPHA DELTA PI" or the "ADPi" nickname; the words "ALPHA OMICRON PI" or the "AOPi" nickname; the words

"ALPHA PHI"; the words "ALPHA TAU OMEGA" or the "ALPHA TAU" or "ATO"

nicknames; the words "ALPHA XI DELTA" or the "AZD nickname; the words "BETA THETA

PI" or the "Beta" or "Betas" nicknames; the words "CHI OMEGA" or the "Chi O" nickname;

the words "DELTA CHI"; the words "DELTA DELTA DELTA" or the "Tri-Delt" or "Tri-

Delta" nicknames; the words "DELTA GAMMA" or the "DG" nickname; the words "DELTA

TAU DELTA" or the "Delts" or "Delta Tau" nicknames; the words "GAMMA PHI BETA"; the

words "KAPPA ALPHA ORDER" or the  "Kappa Alpha" or "KA" nicknames; the words

"KAPPA DELTA" or the "KD" nickname; the words "LAMBDA CHI ALPHA" or the "Lambda

Chi" nickname; the words "PHI DELTA THETA" or the "Phi Delt" or "Phi Delts" nicknames;

the words "PHI KAPPA TAU" or the "Phi Tau" nickname; the words "PHI KAPPA THETA" or

the "Phi Kaps" nickname; the words "SIGMA ALPHA EPSILON" or the "SAE" nickname; the

words "SIGMA CHI" or the "Sig" or "Sigs" nicknames; the words "SIGMA KAPPA"; the

words "SIGMA PHI EPSILON" or the "Sig Ep" nickname; and the words "ZETA BETA TAU."

      c.   Any crest, coat of arms, seals, flags, badges or slogans of any of the Plaintiff

Greek Organizations referenced in paragraph 1a. above which is registered as a mark with the

United States Patent & Trademark Office, or otherwise identified in the attachments hereto

which are incorporated herein by this reference.

      d.   Any other use in or on Defendant's goods, advertising, marketing brochures,

promotional materials, other publications and documents of any other marks or indicia

confusingly similar to any of the foregoing marks referenced in paragraphs 1a., 1b. or 1c. above.

      2.     Absent prior written permission from any of the Plaintiff Greek Organizations to

do so, including, but not limited to, a written license agreement, Defendant Ad Image, along with

its directors, principals, officers, agents, servants, employees, representatives, successors and

assigns, and all those persons or entities acting in concert or participation with them, shall be and hereby are also permanently **ENJOINED** and restrained from any false or materially misleading representations which are likely to lead the trade or public erroneously to believe that any of Defendant's goods or services have been produced, distributed, offered for distribution, advertised, promoted, displayed, licensed, sponsored, approved, or authorized by or for any of the Plaintiff Greek Organizations.

3.     Notwithstanding anything to the contrary herein, should any Plaintiff Greek Organization owner of any of the foregoing marks, along with any and all successor organizations ultimately abandon any of the foregoing marks through a complete cessation of use of same coupled with an intention not to resume use, or should there be final, no longer appealable or otherwise  judicially reviewable, entry by a court of appropriate jurisdiction of any judgment determining that any such mark has been completely abandoned, then and in that event the injunctive provisions of this Consent Decree shall no longer apply to any such later completely abandoned mark.

4.     As between them, each of the parties to this Consent Decree shall be responsible for their own costs and attorneys incurred herein prior to the entry of this judgment and decree.

5.     Other than to the extent the Court retains continuing jurisdiction to enforce this decree, this action is otherwise dismissed from the Court's active docket.

Dated:  05/11/2006

_____
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

3

Agreed to:

/s/ Jennifer L. Kovalcik

_____

Jack A. Wheat
David W. Nagle, Jr.
Jennifer L. Kovalcik
**STITES & HARBISON PLLC**
400 W. Market Street, Suite 1800
Louisville, Kentucky 40202
Phone (502) 587-3400
Fax (502) 587-6391


Douglas B. Bates
**STITES & HARBISON PLLC**
323 E. Court Avenue
P.O. Box 946
Jeffersonville, IN  47131-0946
Phone  (812) 282-7566
Fax  (812) 284-5519


Attorneys for Plaintiffs

/s/ Philip Adam Davis (by Jennifer Kovalcik
with permission)

_____

Philip Adam Davis
**DAVIS & SARBINOFF LLP**
9765 Randall Drive
Suite F
Indianapolis, IN 46280
Phone (317) 569-1296
Fax (317) 933-1068


Myron Greenspan (not admitted in IN)
Cathy E. Shore-Sirotin (not admitted in IN)
**LACKENBACH SIEGEL, LLP**
One Chase Road
Scarsdale, New York 10583
Phone (914) 723-4300
Fax (914) 723-4301


Attorneys for Defendant Ad Image Inc., d/b/a
Greek 101 and also as Greek101.com